This action was brought by the defendant in error against plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error.

Writ of error dismissed on praecipe of counsel for the plaintiffs in error.

---

The Florida Central and Peninsular Railroad Company, Plaintiff in Error, vs. C. B. Mayberry, Defendant in Error.

Writ of error to Circuit Court, Levy county; William A. Hocker, Judge.

John A. Henderson (with whom was E. A. Pinnell on the brief), for Plaintiff in Error.

Horatio Davis, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam*.

---

Florida East Coast Railway Company, Plaintiff in Error, vs. Elzie B. Hazel, Defendant in Error. (No. 1.)

Writ of error to Circuit Court, Putnam county; William A. Hocker, Judge.

A. G. Hamlin and E. E. Haskell, for Plainaiff in Error.

Fowler & Fowler, for Defendant in Error.

This action was brought .by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*

———

Florida East Coast Railway Company, Plaintiff in Error, vs. Elzie B. Hazel, Defendant in Error. (No. 2.)

Writ of error to Circuit Court, Putnam county; John D. Blackwell, Referee.

A. G. Hamlin and Benjamin P. Calhoun, for Plaintiff in Error.

Fowler & Fowler, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plantiff and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*